```
                    [SEAL: UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA]
                           GRANTED
                           [signature]
                        Judge Thomas S. Hixson
```

1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Gerardo Hernandez

**GRANTED, case is dismissed with prejudice. The Clerk shall close the case.**

**DATED: 3/25/19**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ, | No. 3:18-cv-05893-TSH |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| PEKING CORNER HOSPITALITY MANAGEMENT INC dba YAN'S GARDEN CHINESE RESTAURANT; YAN'S GARDEN CHINESE RESTAURANT, LLC; JU AH MOON; | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Gerardo Hernandez and Defendants, Peking Corner Hospitality Management Inc dba Yan's Garden Chinese Restaurant; Yan's Garden Chinese Restaurant, LLC; and Ju Ah Moon, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: March 22, 2019

MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff,
Gerardo Hernandez

Dated: 3/22/2019

Law Offices of Richard C. J. Wahng

Richard Chao Jen Wahng
Attorneys for Defendants,
Peking Corner Hospitality Management Inc dba Yan's Garden Chinese Restaurant

Dated: March 22, 2019

JK LAW FIRM, APC

/s/ Jean Kwon
Jean Kwon
John Heath
Attorneys for Defendants
Yan's Garden Chinese Restaurant, LLC and
Ju Ah Moon

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

/s/ Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff,
Gerardo Hernandez